UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

IN RE:

Stephen D. Puleo,
Debtor

Case No. 18-10646-JNF
Chapter 13

### STIPULATION REGARDING POST-PETITION ARREARS DUE TO FEDERAL NATIONAL MORTGAGE ASSOCIATION
### (21 WALNUT ST, NEWBURYPORT, MA 01950)

Now comes Federal National Mortgage Association and the Stephen D. Puleo ("Debtor"), who stipulate as follows:

1. The total post-petition arrearage as of August 1, 2018 is $7,913.72. This consists of the following post-petition payments and charges:

   Payments
   3/1/18-8/1/18          6@1,147.12 each          $6,882.72

   Motion for Relief Legal Fees and Costs          $1,031.00

   **Total Amount Due          $7,913.72**

2. Debtor shall submit a payment in the amount of $3,000.00 by August 15, 2018. The remaining arrears in the amount of $4,913.72 shall be paid over six months as outlined in paragraph 3.

3. On or before September 1, 2018 and by the 15th of each month thereafter, through February 1, 2019, the Debtors shall make payments as set forth below to cure the post-petition arrearage due on the claim:

**Stipulation Payment Schedule**

| Payment Number (or due date) | Monthly Payment Amount | Monthly Arrearage Amount | Total Monthly Payment |
|---|---|---|---|
| 9/1/18 | $1,147.12* | $818.95 | $1,966.07 |
| 10/1/18 | $1,147.12* | $818.95 | $1,966.07 |
| 11/1/18 | $1,147.12* | $818.95 | $1,966.07 |
| 12/1/18 | $1,147.12* | $818.95 | $1,966.07 |
| 1/1/19 | $1,147.12* | $818.95 | $1,966.07 |
| 2/1/19 | $1,147.12* | $818.97 | $1,966.09 |

*If the Debtor receives notice of a change in the regular monthly payment during the terms of the stipulation, the Debtor shall make the appropriate adjustment to the total monthly amount due. The monthly arrearage amount will not change.

4. Thereafter, commencing on March 1, 2019 and monthly thereafter, the Debtor shall make the regular monthly post-petition payments in the amount of $1,147.12, subject to change pursuant to the terms of the Note and Mortgage.

All payments under this stipulation should be made payable to the servicer Seterus, Inc., and sent to the following address:

Seterus, Inc.
14523 Millikan Way, Suite 200
Beaverton, OR 97005

5. IF THE DEBTOR FAILS TO MAKE SAID PAYMENTS BY THE DATES SPECIFIED IN PARAGRAPHS TWO OR THREE OF THIS STIPULATION, RELIEF FROM STAY MAY BE GRANTED WITHOUT HEARING BY THE COURT UPON FEDERAL NATIONAL MORTGAGE ASSOCIATION FILING A CERTIFICATE OF NON-COMPLIANCE AFTER TEN (10) DAYS NOTICE OF DEFAULT TO THE DEBTOR AND THE DEBTOR'S ATTORNEY, BY FIRST CLASS MAIL POSTAGE PREPAID OR FACSIMILE. A $50.00 FEE SHALL BE CHARGED FOR EACH NOTICE OF DEFAULT, AND A $150.00 FEE SHALL BE CHARGED FOR EACH CERTIFICATE OF NON-COMPLIANCE NEEDED THROUGHOUT THE LIFE OF THIS STIPULATION AGREEMENT. THE DEBTORS HAVE THE RIGHT TO OBJECT TO THE CERTIFICATE OF NON-COMPLIANCE ONLY ON THE BASIS THAT THE PAYMENTS WERE MADE TIMELY UNDER THE STIPULATION.

6. The terms of this stipulation shall be null and void if the case is converted or dismissed.

Agreed to on this 13th day of August, 2018.

| | |
|---|---|
| Federal National Mortgage Association,<br>By its attorney,<br><br>/s/ Jason J. Giguere<br>Jason J. Giguere, Esquire<br>BBO# 667662<br>Harmon Law Offices, P.C.<br>PO Box 610389<br>Newton Highlands, MA 02461<br>(617)558-0500<br>mabk@harmonlaw.com | Stephen D. Puleo,<br>By his attorney,<br><br>/s/ Thomas Benner<br>Thomas Benner, Esquire<br>BBO # 655483<br>33 Samoset Street<br>Plymouth, MA 02360<br>Phone: (866)227-4592<br>Fax : (866)227-4592<br>Email: tbenner@tbennerlaw.com |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| IN RE:<br><br>Stephen D. Puleo,<br><br>Debtor | Case No. 18-10646-JNF<br>Chapter 13 |
|---|---|

## CERTIFICATE OF SERVICE

I, Jason J. Giguere, state that on August 13, 2018, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of District of Massachusetts on behalf of Federal National Mortgage Association using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Thomas Benner
Marcus Pratt
Carolyn A. Bankowski
John P. Fitzgerald III

I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

Stephen D. Puleo
21 Walnut St
Newburyport, MA 01950

Washington Mutual Bank, FA
400 E. Main Street
Stockton, CA 95290

21-23 Walnut Street Condominium Trust
21 - 23 Walnut Street
Newburyport, MA 01950

City of Newburyport
Tax Collector
60 Pleasant St
Newburyport, MA 01950

Respectfully submitted,

Federal National Mortgage Association,
By its attorney,

/s/ Jason J. Giguere
Jason J. Giguere, Esquire
BBO# 667662
Harmon Law Offices, P.C.
PO Box 610389
Newton Highlands, MA 02461
(617)558-0500
mabk@harmonlaw.com

Dated: August 13, 2018